FILED
2020 Jun-25 AM 09:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "2"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOMASADA BIRMINGHAM METROPOLITAN, LLC,** | ) ) ) |
| PLAINTIFF, | ) ) CASE NO. _____ |
| v. | ) ) |
| **MAXUS METROPOLITAN, LLC,** | ) ) ) |
| DEFENDANT. | ) |

## DECLARATION OF STUART FRED

I, Stuart Fred, based on my own personal knowledge and pursuant to the provisions of 28 U.S.C. § 1746, declare under penalty of perjury that the following facts are true and correct:

1. I am an adult over the age of nineteen (19) years and am competent to testify as to the matters contained herein.

2. I am a Manager of Bomasada Birmingham Metropolitan, LLC ("Bomasada") and I am authorized to make this Declaration on behalf of Bomasada.

3. I am familiar with the allegations set forth in the Complaint for Declaratory Judgment filed with this Court against Maxus Metropolitan.

4. As a Manager of Bomasada, I am familiar with the construction of the Metropolitan Apartments located at 2900 7th Avenue South, Birmingham, Alabama 35233, referred to as "the Property" in the Complaint.

5. The Complaint is being filed to obtain a declaratory judgment from the Court that Bomasada is not required to perform the repairs being demanded by Maxus.

6. This Declaration is to verify the allegations as set forth in Paragraphs 47-49 of the Complaint regarding the value of those demanded repairs.

7. Based on my experience and personal knowledge in the construction industry in general, and on Bomasada's involvement in the Property's previous construction in particular, the value of the work that Maxus is demanding Bomasada perform and pay for exceeds $75,000.00.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief:**

Executed this  24  day of  June , 2020,

_____
Stuart Fred
Manager of Bomasada Birmingham Metropolitan, LLC

2