FILED
2020 Jul-15 AM 09:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BOMASADA BIRMINGHAM METROPOLITAN, LLC,**<br><br>PLAINTIFF,<br><br>v.<br><br>**MAXUS METROPOLITAN, LLC,**<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>) **CASE NO. 20-CV-00894-JHE**<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff in the above-referenced cause of action and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) gives notice of the voluntary dismissal of this case WITHOUT prejudice, costs taxed as paid, and would show unto the Court as follows:

1. Defendant has not yet answered the Complaint filed by Plaintiff nor has Defendant appeared in this action.

2. Pursuant to Rule 41(a)(1)(A)(i) Plaintiff is entitled to have this action voluntarily dismissed at the notice of the Plaintiff. Plaintiff elects at this time to have this action dismissed, WITHOUT PREJUDICE, costs taxed as paid.

                                        *s/ R. Ryan Daugherty*
                                        Robert R. Baugh (ASB-0312-a64r)
                                        R. Ryan Daugherty (ASB-1653-b34d)
                                        Attorneys for Plaintiff
                                        Bomasada Birmingham Metropolitan, LLC

**OF COUNSEL:**
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5335
rbaugh@sirote.com
rdaugherty@sirote.com

## CERTIFICATE OF SERVICE

     I hereby certify that on July 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the any registered ECF participants listed below or have mailed by United States Postal Service the document to any of the following non-participants:

    Maxus Metropolitan, LLC
    c/o CT Corporation System – Reg. Agent
    2 North Jackson Street, Suite 605
    Montgomery, AL 3610

                                        s/ R. Ryan Daugherty
                                        OF COUNSEL